# United States District Court
for the
Southern District of Florida
Key West Division

Joseph Thomas Hopp  
Plaintiff

Case No. 17-cv-10055-KMM

vs

Monroe County Sheriff Deputy  
   Todd Jones #1126  
Assistant State Attorney  
   Marisa Rose Feraldo # 89536  
Defendants



## NOTICE OF TAKING DEPOSITION

     **YOU ARE HEREBY NOTIFIED,** that the undersigned Plaintiff will take the depositions of:

    Name: Defendant Todd Jones

    Date: Wednesday January 24th 2018

and

    Name: Amy Jones

    Date: Wednesday January 24th 2018

    Location: Monroe County Courthouse  
             302 Fleming St  
             Key West Florida

    Time: 10:00am

upon oral examination, before the firm of All Keys Reporting, Notaries Public, in and for the State of Florida at large, or some other office duly authorized by law to take depositions. The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or such other purposes as are permitted under the applicable and governing Rules of Court,

Pg. 1 of 2

## Certificate of Service

I HEREBY CERTIFY that I filed a copy of the foregoing with the clerk of the court and mailed a copy to Christy M Runkles defense council for Todd Jones at Purdy, Jolly, Giuffreda and Barranco 2455 E Sunrise Blvd, Suite # 1216 Fort Lauderdale Florida 33304 and Dirk Smits, defense council for Marisa Feraldo at Virnis and Bowling 81990 Overseas Hwy, 3rd Floor Islamorada Florida 33036 this 12 day of Dec, 2017

Copies furnished to:

Dale Coburn, Esq
dcoburn@florida-law.com

Christy Michelle Runkles, Esq
Email: Christy@purdylaw.com

Joseph Thomas Hopp
Plaintiff Pro Se
1590 Gardenia Lane
Big Pine Key Florida
33043
609-501-3868

*Joseph Hopp* (signature)